M. P. No. 1741. NORMAN MCCLURE *v.* JEAN M. PELLETIER *d/b/a* ANAWAN OIL Co. Motion for leave to file petition for writ of certiorari granted, and writ to issue forthwith. Further proceedings in the District Court are stayed pending determination of the petition for certiorari. Counsel are directed to brief and argue the effect of the one-year limitation in Dist. R. Civ. P. 60 (b). *Laurent C. Bilodeau,* for petitioner. *Jordan, Hanson & Curran, Kenneth R. Neal,* for respondent.

M. P. No. 1746. ROBERT MARCHAND *v.* SCHOOL COMMITTEE OF TOWN OF NORTH SMITHFIELD. Motion for leave to file petition for writ of certiorari and/or writ of mandamus is denied on the ground that petitioner has not exhausted his administrative remedies as provided by statute. Petitioner's motion for a stay and injunctive relief as prayed denied. Petitioner's motion for a special assignment denied. Roberts, C.J., not participating. *Natale L. Urso,* for petitioner. *John F. Sheehan,* for respondent.

M. P. No. 1750. GORDON BRYANT *v.* FOSTER-GLOCESTER REGIONAL SCHOOL COMMITTEE. Motion for leave to file petition for writ of certiorari granted, and writ to issue forthwith. Petitioner's motion for a stay and injunctive relief as prayed is denied. Petitioner's motion for a special assignment is denied. *Natale L. Urso,* for petitioner. *Bradford Gorham,* for respondent.

M. P. No. 1759. HENRY M. CIPRIANO *v.* DOREEN M. CIPRIANO. Motion for leave to file petition for writ of certiorari granted. Paolino, J., not participating. *McOsker & Isserlis, Milton L. Isserlis,* for petitioner. *John D. Lynch,* for respondent.

M. P. No. 1770. BARBARA M. BERBERIAN *v.* ARAM K. BERBERIAN. Petition for writ of certiorari granted. *Leo M. Cooney,* for plaintiff-respondent. *Aram K. Berberian,* defendant-petitioner, pro se.